

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church St.
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07
```
JOYCE CAMPBELL PRIVETERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776

# MEMO ENDORSED

December 21, 2007

*[Handwritten endorsement: Time to answer Feb 25 adjourned. Conference adjourned from Jan 25 to Feb 29, 2008 at 10:15 a.m. SO ORDERED. /s/ P. Kevin Castel USDJ 12-21-07]*

**Via Facsimile (212) 805-7949**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:  Glenn Johnson v. City of New York, et al.
     07 CV 10698 (PKC)

Your Honor:

  I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City. Plaintiff has filed the above-referenced complaint, wherein he alleges that on October 18, 2007, he was falsely arrested and imprisoned by New York City police officers. Defendant respectfully requests an extension of the time to answer or otherwise respond to the complaint from its current due date of December 24, 2007 to February 25, 2008. It is further requested that the initial pre-trial conference now scheduled for January 25, 2008 at 10:15 a.m. be adjourned to a date after the City has responded to the complaint. Plaintiff's attorney, Richard J. Cardinale, has consented to both requests.

  Defendant has several reasons for seeking an enlargement of time. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, defendant requires additional time to investigate plaintiff's allegations. With respect to the false arrest charge, it is our understanding that records pertaining to the underlying criminal action, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50.

  Additionally, plaintiff alleges that he sustained emotional and psychological injuries. Therefore, this office is in the process of forwarding to plaintiff for execution a consent and authorization for the release of pertinent sealed records, as well as medical authorizations to obtain records pertaining to plaintiff's purported injuries. The enlargement of time will enable the City to properly assess the case and respond to the complaint.

No previous request for an enlargement of time has been made. Accordingly, we respectfully request that defendant City's time to respond to the complaint be enlarged from December 24, 2007 to February 25, 2008, and that initial pre-trial conference now scheduled for January 25, 2008 at 10:15 a.m. be adjourned to a date thereafter.

Thank you for your consideration in this matter.

Respectfully submitted,

Joyce Campbell Privéterre
Assistant Corporation Counsel

cc:

**Via Facsimile**
Richard Cardinale, Esq.
Cardinale & Marinelli
Attorney for Plaintiff
26 Court Street, Suite 1815
Brooklyn, NY 11242
Tel: (718) 624-9391
Fax: (718) 624-4748