GLENN JOHNSON,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICERS JOHN DOES 1 & 2, POLICE OFFICER JANE DOE,

                              Defendants.

**STIPULATION & ORDER**

07 CV 10698 (PKC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

IT IS HEREBY STIPULATED AND ORDERED that plaintiff may file an amended complaint on or before May 2, 2008 for the purpose of adding as defendants Police Officer Marisol Bonilla (shield # 899), Police Officer Erik Malek (shield # 26515), and Sergeant Francisco Moncayo (shield # 2687).

_____
Richard J. Cardinale
Cardinale & Marinelli
Attorneys for Plaintiff
26 Court Street, Suite 1815
Brooklyn, New York 11242
(718) 624-9391

_____
Joyce Campbell Priveterre
Assistant Corporation Counsel
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 788-1277

SO ORDERED this ____ day of April, 2008
New York, New York

_____
The Honorable P. Kevin Castel
4-3-08