UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/13/08
```

------------------------------x

GLENN JOHNSON,                        :

        Plaintiff,             :     07 Civ. 10698 (PKC) (AJP)

    -against-                        :     ORDER RESCHEDULING
                                                                       SETTLEMENT CONFERENCE

THE CITY OF NEW YORK, et al.,        :

        Defendants.           :

------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

The settlement conference originally scheduled for May 14, 2008 is rescheduled at the parties' request to **May 29, 2008 at 2:00 p.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

    SO ORDERED.

DATED:    New York, New York
               May 13, 2008

                                                            **Andrew J. Peck**
                                                            United States Magistrate Judge

Copies **by fax & ECF** to:    Richard Cardinale, Esq.
                                               Joyce Campbell Priveterre, Esq.
                                               Judge P. Kevin Castel

C:\ORD\