```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
------------------------------------- x         DOC#
                                                DATE FILED: 5/28/08
GLENN JOHNSON,                        :

              Plaintiff,              :         07 Civ. 10698 (PKC) (AJP)

       -against-                      :         ORDER OF DISMISSAL ON CONSENT

THE CITY OF NEW YORK, POLICE OFFICERS :
JOHN DOES 1 AND 2, & POLICE OFFICER
JANE DOE,                             :

              Defendants.             :

------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

     SO ORDERED.

DATED:      New York, New York
            May 29, 2008

                                                _____
                                                Andrew J. Peck
                                                United States Magistrate Judge

Copies **by fax & ECF** to:   Richard Cardinale, Esq.
                              Joyce Campbell Priveterre, Esq.
                              Judge P. Kevin Castel

C:\ORD\Dismiss.AJP

MAY-29-2008 09:18 AM CARDINALE HUESTON P.01

**CARDINALE & MARINELLI**
ATTORNEYS AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391
Facsimile (718) 624-4748

Richard J. Cardinale
Robert J. Marinelli



May 29, 2008

**BY FAX**
The Honorable Andrew J. Peck
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

  Re: *Johnson v. City of New York*, 07 CV 10698 (PKC)

Your Honor:

  I represent the plaintiff in this civil rights action. The parties have reached a settlement. The parties request that the Court issue an order of dismissal with the provision that the case may be reinstated if the settlement is not consummated in 30 days.

              Respectfully,

              Richard J. Cardinale

Copy: Joyce Campbell Privetterre (by fax)